UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| DAVID RUTKOWSKI | : | CIVIL ACTION NO. |
| VS. | : | |
| PROVIDENCE COLLEGE | : | FEBRUARY 8, 2005 |

COMPLAINT

**Jurisdiction, Venue and Parties**

1. Plaintiff, David Rutkowski, is a citizen of the State of Connecticut, residing in Newington, Connecticut.

2. The defendant, Providence College, is a domestic non-profit corporation organized and existing under the laws of the State of Rhode Island with a principal place of business at River Avenue and Eaton Street, Providence, Rhode Island.

3. Jurisdiction of the Court is based on diversity of citizenship of parties, 28 U.S.C. § 1332.

4. The amount in controversy exceeds $75,000.00, exclusive of interest and costs.

5. Venue is this District is based on 28 U.S.C. § 1391.

**FIRST COUNT**

1. On August 31,2003, at approximately 2:15 p.m., the plaintiff, as an invitee of Providence College, was descending a staircase from the student center known as Slavin Center, when he was caused fall due to the dangerous and defective condition of the stairs.

2. The plaintiff's fall and resulting personal injuries were caused by the negligence and carelessness of the defendant, its agents, servants or representatives, in its failure to maintain the stairs in a reasonably safe condition.

3. As a result of the fall, the plaintiff sustained injuries to his right knee which required surgical repair. This injury and its effects is, or is likely to be, permanent in nature.

4. As a further result, the plaintiff has been caused to suffer from shock, fright, nervousness, anxiety and emotional distress, and will likely suffer from same for the rest of his life.

5. As a further result, plaintiff's ability to enjoy life and carry on his usual activities, hobbies and recreations, has been impaired, and will likely continue to be impaired for the rest of his life.

6. As a further result, the plaintiff has been forced to incur expenses for hospital and medical care, x-rays, medicines and the like, and will likely be forced to incur further expense for the same purposes in the future.

7. As a further result, plaintiff has suffered and will likely continue to suffer for the rest of his life from fear, anxiety and emotional distress relative to his concern that there may be additional or continued medical problems, surgeries, procedures, complications, and/or disabilities as a result of the incident of August 31, 2002..

8. As a further result, plaintiff has an increased likelihood of future medical problems, complications, disabilities and/or surgeries.

9. As a further result, the plaintiff has sustained permanent and disfiguring scarring to his right leg and knee.

10. As a further result, the plaintiff has lost time and wages from his employment and his earning capacity has been impaired.

WHEREFORE, plaintiff, David Rutkowski, demands judgment against the defendant in the sum of $250,000.00, plus costs.

PLAINTIFF: DAVID RUTKOWSKI

By______________________________

Gerald S. Sack
Federal Bar No. ct05279
Sack, Spector and Karsten
836 Farmington Avenue
West Hartford, CT 06119
(860) 233-8251
gssack@sackspec.com