CLOSED, EFILE

# U.S. District Court
# District of Connecticut (New Haven)
# CIVIL DOCKET FOR CASE #: 3:05-cv-00270-JCH

Rutkowski v. Providence College
Assigned to: Judge Janet C. Hall
Demand: $250,000
Cause: 28:1332 Diversity-(Citizenship)

Date Filed: 02/11/2005
Jury Demand: None
Nature of Suit: 360 P.I.: Other
Jurisdiction: Diversity

**Plaintiff**

**David Rutkowski** represented by **Gerald S. Sack**
Law Offices of Gerald S. Sack
836 Farmington Ave., Suite 220
West Hartford, CT 06119
860-236-7225
Fax: 860-231-8114
Email: gssack@sacklawoffice.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Providence College** represented by **Christine Alexandra Abowitz**
Cetrulo & Capone - Boston
Exchange Place
Two Seaport Lane, 10th Fl.
Boston, MA 02210
617-217-5211
Fax: 617-217-5200
Email: aabowitz@cetcap.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James E. Carroll**
Cetrulo & Capone - Boston
Two Seaport Lane, 10th Fl.
Boston, MA 02210
617-217-5203
Fax: 617-217-5200
Email: jcarroll@cetcap.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|

| | | |
|---|---|---|
| 02/11/2005 | 1 | COMPLAINT against Providence College ( Filing fee $ 250 receipt number H015049.), filed by David Rutkowski.(Grady, B.) (Entered: 02/14/2005) |
| 02/11/2005 | 2 | Order on Pretrial Deadlines: Amended Pleadings due by 4/12/2005. Discovery due by 8/13/2005. (Grady, B.) (Entered: 02/14/2005) |
| 06/09/2005 | 3 | SUMMONS Returned Executed by David Rutkowski. Providence College served on 5/25/2005, answer due 6/14/2005. (Grady, B.) (Entered: 06/09/2005) |
| 06/28/2005 | 4 | Summons Returned Unexecuted by David Rutkowski as to Providence College. (Bauer, J.) (Entered: 06/28/2005) |
| 07/05/2005 | 5 | SUMMONS Returned Executed by David Rutkowski. Providence College served on 5/28/2005, answer due 6/17/2005. (Grady, B.) (Entered: 07/05/2005) |
| 07/22/2005 | 6 | MOTION for Extension of Time until 08/01/05 to answer or plead by David Rutkowski, Providence College. (Grady, B.) (Entered: 07/25/2005) |
| 08/08/2005 | 7 | SUMMONS Returned Executed by David Rutkowski. Providence College served on 6/28/2005, answer due 7/18/2005. Supplemental return on 07/08/05 by secretary and on 07/16/05 by office of general counsel (Grady, B.) (Entered: 08/08/2005) |
| 08/08/2005 | 8 | ENDORSEMENT ORDER granting 6 MOTION for Extension of Time until 08/01/05 to answer or plead. Further extensions of this deadline will not be granted. Signed by Judge Robert N. Chatigny on 08/08/05. (Grady, B.). (Entered: 08/08/2005) |
| 08/08/2005 | | Answer deadline updated for Providence College to 8/1/2005. (Grady, B.) (Entered: 08/08/2005) |
| 08/10/2005 | 9 | ORDER OF TRANSFER. Case reassigned to Judge Janet C. Hall for all further proceedings. Signed by Judge Robert N. Chatigny on 8/10/05. (D'Onofrio, B.) (Entered: 08/11/2005) |
| 09/22/2005 | 10 | NOTICE TO COUNSEL RE: E-FILE CALENDAR. TELEPHONIC STATUS CONFERENCE set for 10/11/2005 4:00 PM before Judge Janet C. Hall. Counsel are requested to participate in this conference, via telephone. This conference call is to be arranged between counsel. Once all parties are on the line, please telephone chambers at (203) 579-5554. (Szczygiel, G.) (Entered: 09/22/2005) |
| 09/26/2005 | 11 | NOTICE of Appearance by Christine Alexandra Abowitz on behalf of Providence College (D'Andrea, S.) (Entered: 09/27/2005) |
| 09/28/2005 | 12 | Electronic Filing Order. Signed by Judge Janet C. Hall on 9/28/05. (Boroskey, C.) (Entered: 09/28/2005) |
| 09/30/2005 | 13 | NOTICE of Appearance by James E. Carroll on behalf of Providence College (Carroll, James) (Entered: 09/30/2005) |

| | | |
|---|---|---|
| 10/11/2005 | 14 | Minute Entry for proceedings held before Judge Janet C. Hall : Telephone Status Conference held on 10/11/2005. (Court Reporter Fidanza.) (Boroskey, C.) (Entered: 10/13/2005) |
| 11/09/2005 | 15 | MOTION to Dismiss for Lack of Jurisdiction by Providence College.Responses due by 11/30/2005 (Carroll, James) (Entered: 11/09/2005) |
| 11/09/2005 | 16 | Memorandum in Support re 15 MOTION to Dismiss for Lack of Jurisdiction filed by Providence College. (Attachments: # 1 Affidavit of Michael Frazier)(Carroll, James) (Entered: 11/09/2005) |
| 12/02/2005 | 17 | MOTION for Extension of Time to File Response to 15 Defendant's MOTION to Dismiss for Lack of Jurisdiction and to Extend Dates for Discovery and Dispositive Motions, by David Rutkowski. (D'Andrea, S.) (Entered: 12/05/2005) |
| 12/08/2005 | 18 | RESPONSE re 17 MOTION for Extension of Time to File Response/Reply as to 15 MOTION to Dismiss for Lack of Jurisdiction filed by Providence College. (Carroll, James) (Entered: 12/08/2005) |
| 12/12/2005 | 19 | ORDER granting 17 Motion for Extension of Time to File Response/Reply re 15 MOTION to Dismiss for Lack of Jurisdiction and for adoptin of scheduling order deadlines. Responses due by 1/9/2006. Signed by Judge Janet C. Hall on 12/12/05. (Boroskey, C.) (Entered: 12/12/2005) |
| 01/27/2006 | 20 | RULING Granting 15 Motion to Dismiss for Lack of Jurisdiction . Signed by Judge Janet C. Hall on 1/27/2006. (D'Andrea, S.) Modified on 3/14/2006 (Cody, C.). (Entered: 01/31/2006) |
| 02/06/2006 | 21 | MOTION to Vacate 20 Order on Motion to Dismiss for Lack of Jurisdiction, by David Rutkowski. (D'Andrea, S.) (Entered: 02/07/2006) |
| 02/06/2006 | 22 | MOTION for Extension of Time to Respond to Defendant's Motion to Dismiss and for Related Extensions of Scheduling Order Deadlines, by David Rutkowski. (D'Andrea, S.) (Entered: 02/07/2006) |
| 03/01/2006 | 23 | ORDER granting 22MOTION for Extension of Time to Respond to 21Defendant's MOTION to Vacate 20 Order on Motion to Dismiss/Lack of Jurisdiction and for Related Extensions of Scheduling Order Deadlines. Defendant is ordered to serve discovery. Response (if not already done)is due by 3/13/06. Plaintiff is to file his opposition to the motion to dismiss within 21 days of receiving the discovery or from today (whichever is later). The reply is ordered to be filed within 10 days after the opposition is filed. So Ordered . Signed by Judge Janet C. Hall on 3/1/06. (Boroskey, C.) (Entered: 03/01/2006) |
| 03/10/2006 | 24 | Memorandum in Opposition *to 15 Motion to Dismiss* re 21 MOTION to Vacate 20 Order on Motion to Dismiss/Lack of Jurisdiction filed by David Rutkowski. (Attachments: # 1 # 2 exhibits,manually filed)(Sack, Gerald) Modified on 3/14/2006 to create link to doc# 15 (D'Andrea, S.). (Entered: 03/10/2006) |

| | | |
|---|---|---|
| 03/20/2006 | 25 | REPLY to Response to 21 MOTION to Vacate 20 Order on Motion to Dismiss/Lack of Jurisdiction filed by Providence College. (Carroll, James) (Entered: 03/20/2006) |
| 05/16/2006 | 26 | RULING Granting 21 Plaintiff's Motion to Vacate 20 Order on Motion to Dismiss/Lack of Jurisdiction and Granting 15 Defendant's Motion to Dismiss for Lack of Jurisdiction and ORDERS that the case be transferred to the United States District Court for the District of Rhode Island . Signed by Judge Janet C. Hall on 5/15/2006. (D'Andrea, S.) (Entered: 05/17/2006) |
| 05/26/2006 | | Case Transfered to the District of Rhode Island. Certified Copies of Docket Sheet and Order of Transfer sent along with Transfer Letter. (D'Andrea, S.) (Entered: 05/26/2006) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 05/30/2006 16:21:54 | | | |
| **PACER Login:** | us6061 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 3:05-cv-00270-JCH |
| **Billable Pages:** | 2 | **Cost:** | 0.16 |