**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| DAVID RUTKOWSKI,<br>Plaintiff | : | |
| VS. | : | NO.: 1:06-CV-00264-T-DLM |
| PROVIDENCE COLLEGE,<br>Defendant. | : | SEPTEMBER 15, 2006 |

**MOTION FOR PARTIAL RELIEF FROM REQUIREMENTS OF FED.R.CIV.P. 26(A)(2) AS TO TREATING HEALTH CARE PROVIDERS AND INDEPENDENT MEDICAL EXAMINERS**

Plaintiff moves for an order that the parties be partially excused from compliance with Fed.R.Civ.P. Rule 26(a)(2)(B) as to treating physicians, health care providers comparable to treating physicians, such as physical therapists and psychologists, and as to independent medical examiners.

Specifically, the plaintiff requests that expert witness disclosure for experts in these categories need include only:

(A) Written report(s) in the form described in Rule 26(a)(2)(B) or a written summary of the proposed expert testimony containing the equivalent information; and

(B) The expert's "CV" or resume if one has been prepared by the expert.

This proposal is an attempt to balance the requirements of 26(a)(2)(B) as to "engaged" experts with the every day realities of using treating health care providers to provide expert testimony.

PLAINTIFF: DAVID RUTKOWSKI

By: ______________________________
Gerald S. Sack
Federal Bar #ct05279
Law Offices of Gerald S. Sack, LLC
836 Farmington Avenue
West Hartford, CT 06119
(860)233-8251

**CERTIFICATION**

I hereby certify that on this date a copy of the foregoing Motion for Partial Relief from Requirements of Fed. R. Civ. P. 26(A)(2) as to Treating Health Care Providers and Independent Medical Examiners was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

______________________________
Gerald S. Sack (ct05279)