UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| DAVID RUTKOWSKI<br>Plaintiff | : | CIVIL ACTION NO.<br>NO.: 1:06-CV-00264-T-DLM |
| PROVIDENCE COLLEGE<br>Defendant | : | OCTOBER 11, 2006 |

**JOINT MOTION FOR COURT APPROVAL OF STIPULATION EXTENDING TIME FOR RESPONDING TO DISCOVERY REQUESTS**

Plaintiff, David Rutkowski, and Defendant, Providence College, hereby move this Court for approval of their stipulation to extend the time in which they may respond to discovery requests. The parties have agreed to respective thirty (30) day extensions of time. Such enlargement of time is necessary as the information requested is not readily available. Pursuant to parties' agreement, David Rutkowski will have until November 15 to provide responses to Providence College's Interrogatories and Requests for Production of Documents. Also pursuant to the parties' agreement, Provide College will have until November 5, to provide responses to David Rutkowski's Interrogatories and Requests for Production of Documents.

This is the first such request for an enlargement of time.

PLAINTIFF: DAVID RUTKOWSKI

By /s/ Gerald S. Sack

Gerald S. Sack
Federal Bar #ct05279
Law Offices of Gerald S. Sack, LLC
836 Farmington Avenue
West Hartford, CT 06119
(860)236-7225
gss@sacklawoffice.com

DEFENDANT: PROVIDENCE COLLEGE

By /s/ Stephen T. Armato

Stephen T. Armato
RI Bar No. 6395
Certrulo & Capone, LLP
321 Main Street
The Heritage Building
Providence, RI 02903
(401) 274-7850

## CERTIFICATION

I hereby certify that on this date a copy of the foregoing Joint Motion For Court Approval of Stipulation Extending Time For Responding To Discovery Requests was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

/s/ Gerald S. Sack
Gerald S. Sack (ct05279)

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| DAVID RUTKOWSKI<br>Plaintiff | : | CIVIL ACTION NO.<br>NO.: 1:06-CV-00264-T-DLM |
| | : | |
| PROVIDENCE COLLEGE<br>Defendant | : | |
| | : | OCTOBER 11, 2006 |

**STIPULATION FOR EXTENSION OF TIME**

Plaintiff, David Rutkowski and Defendant, Providence College hereby agree and stipulate as follows:

Providence College agrees that Plaintiff may have a thirty (30) day extension of time in which to respond to Providence College's Interrogatories and Requests for Production. The thirty (30) day extension of time makes Plaintiff's responses to Providence College's Interrogatories and Requests for Production *due on or before November 15.*

David Rutkowski agrees that Defendant may have a thirty (30) day extension of time in which to respond to David Rutkowski's Interrogatories and requests for Production of Documents. The thirty (30) day extension of time makes Defendant's responses to David Rutkowski's Interrogatories and Requests for Production *due on or before November 5.*

PLAINTIFF: DAVID RUTKOWSKI

By /s/ Gerald S. Sack

Gerald S. Sack
Federal Bar #ct05279
Law Offices of Gerald S. Sack, LLC
836 Farmington Avenue
West Hartford, CT 06119
(860)236-7225
gss@sacklawoffice.com

DEFENDANT: PROVIDENCE COLLEGE

By /s/ Stephen T. Armato

Stephen T. Armato
RI Bar No. 6395
Certrulo & Capone, LLP
321 Main Street
The Heritage Building
Providence, RI 02903
(401) 274-7850

## CERTIFICATION

I hereby certify that on this date a copy of the foregoing Stipulation for Extension of Time was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

/s/ Gerald S. Sack
Gerald S. Sack (ct05279)