UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| DAVID RUTKOWSKI<br>Plaintiff | : | CIVIL ACTION NO.<br>NO.: 1:06-CV-00264-T-DLM |
| PROVIDENCE COLLEGE<br>Defendant | : | OCTOBER 11, 2006 |

**JOINT MOTION FOR COURT APPROVAL OF STIPULATION EXTENDING TIME FOR RESPONDING TO DISCOVERY REQUESTS**

Plaintiff, David Rutkowski, and Defendant, Providence College, hereby move this Court for approval of their stipulation to extend the time in which they may respond to discovery requests. The parties have agreed to respective thirty (30) day extensions of time. Such enlargement of time is necessary as the information requested is not readily available. Pursuant to parties' agreement, David Rutkowski will have until November 15 to provide responses to Providence College's Interrogatories and Requests for Production of Documents. Also pursuant to the parties' agreement, Provide College will have until November 5, to provide responses to David Rutkowski's Interrogatories and Requests for Production of Documents.

This is the first such request for an enlargement of time.

Granted
David L. Martin
USMJ
11-7-06