UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| DAVID RUTKOWSKI<br>Plaintiff | : | CIVIL ACTION NO.<br>NO.: 1:06-CV-00264-T-DLM |
| PROVIDENCE COLLEGE<br>Defendant | : | OCTOBER 11, 2006 |

**STIPULATION FOR EXTENSION OF TIME**

Plaintiff, David Rutkowski and Defendant, Providence College hereby agree and stipulate as follows:

Providence College agrees that Plaintiff may have a thirty (30) day extension of time in which to respond to Providence College's Interrogatories and Requests for Production. The thirty (30) day extension of time makes Plaintiff's responses to Providence College's Interrogatories and Requests for Production *due on or before November 15.*

David Rutkowski agrees that Defendant may have a thirty (30) day extension of time in which to respond to David Rutkowski's Interrogatories and requests for Production of Documents. The thirty (30) day extension of time makes Defendant's responses to David Rutkowski's Interrogatories and Requests for Production *due on or before November 5.*

Enter
David L Martin
USMJ
11-7-06