UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| DAVID RUTKOWSKI, Plaintiff, | : | |
| v. | : | CA 06-264 T |
| PROVIDENCE COLLEGE, Defendant. | : | |

**NOTICE OF HEARING**
**AND**
**ORDER FOR SUPPLEMENTATION**

The Court will conduct a hearing on Plaintiff's Amended Motion for Partial Relief from Requirements of Fed. R. Civ. P. 26(a)(2) as to Treating Health Care Providers and Independent Medical Examiners (Document #9) ("Motion") at 10:00 a.m. on Monday, November 20, 2006. Prior to that hearing and not later than Friday, November 17, 2006, Plaintiff shall file a supplement to the Motion. The supplement shall specifically identify each requirement of Rule 26(a)(2) from which Plaintiff seeks to be excused and each requirement from which Plaintiff does not seek to be excused.[1] For example, the supplement shall state whether

---

[1] Fed. R. Civ. P. 26(a)(2) states:

**(2) Disclosure of Expert Testimony.**

**(A)** In addition to the disclosures required by paragraph (1), a party shall disclose to other parties the identity of any person who may be used at trial to present evidence under Rules 702, 703, or 705 of the Federal Rules of Evidence.

**(B)** Except as otherwise stipulated or directed by the court, this disclosure shall, with respect to a witness who is retained or specially employed to provide expert testimony in the case or whose duties as an employee of the party regularly involve giving expert testimony, be accompanied by a written report prepared and signed by the witness. The report shall contain a complete statement of all opinions to be expressed and the basis and reasons therefor; the data or other

or not Plaintiff seeks relief from the requirement that the report contain:

a) "a complete statement of all opinions to be expressed and the basis and reasons therefor ...," Fed. R. Civ. P. 26(a)(2)(B);

b) "the data or other information considered by the witness in forming the opinions ...," id.;

c) "any exhibits to be used as a summary of or support for the opinions ...," id.;

and so on for each requirement appearing thereafter, including the time periods which appear in Rule 26(a)(2)(C).

ENTER:

David L. Martin
DAVID L. MARTIN
United States Magistrate Judge
November 7, 2006

BY ORDER:

Deputy Clerk

---

information considered by the witness in forming the opinions; any exhibits to be used as a summary of or support for the opinions; the qualifications of the witness, including a list of all publications authored by the witness within the preceding ten years; the compensation to be paid for the study and testimony; and a listing of any other cases in which the witness has testified as an expert at trial or by deposition within the preceding four years.

**(C)** These disclosures shall be made at the times and in the sequence directed by the court. In the absence of other directions from the court or stipulation by the parties, the disclosures shall be made at least 90 days before the trial date or the date the case is to be ready for trial or, if the evidence is intended solely to contradict or rebut evidence on the same subject matter identified by another party under paragraph (2)(B), within 30 days after the disclosure made by the other party. The parties shall supplement these disclosures when required under subdivision (e)(1).

Fed. R. Civ. P. 26(a)(2).