**UNITED STATES DISTRCT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

DAVID RUTKOWSKI.
Plaintiff

v. CIVIL ACTION NO. 06-264T

PROVIDENCE COLLEGE
Defendant

**MOTION FOR ADMISSION PRO HAC VICE**

Defendant, Providence College, hereby moves that C. Alexa Abowitz, Esquire of Cetrulo & Capone LLP be admitted *pro hac vice* in the above captioned case as co-counsel.

/s/ Stephen T. Armato
Stephen T. Armato #6395
CETRULO & CAPONE LLP
Two Seaport Lane
Boston, MA 02210
Tel: (617) 217-5252
Fax: (617) 217-5200
E-mail: sarmato@cetcap.com

DATED: November 7, 2006

ATTORNEY'S CERTIFICATION FOR PRO HAC VICE ADMISSION

I, C. Alexa Abowitz, hereby certify as follows:

1. I am a member in good standing of the bars of the State of New Jersey (1995); the United States District Court for the District of New Jersey (1996); Commonwealth of Pennsylvania (1996); United States District Court for the Eastern District of Pennsylvania (1996); Commonwealth of Massachusetts (2002); United States District Court for the Eastern District of New York (2006); United States District Court for the Southern District of New York (2005); United States District Court of Connecticut (2005) and my eligibility to practice before those courts has not been restricted in any way.

2. I have never been disciplined or sanctioned by any court or other body having disciplinary authority over attorneys; there are no disciplinary proceedings pending against me at this time; and I have never had my *pro hac vice* status revoked by any court.

3. I have never been convicted of any crime.

4. I have not been admitted or applied to be admitted *pro hac vice* in any case in this District during the past 12 months.

5. I understand my obligation to notify this Court immediately of any changed circumstances that affect my answers to the proceeding questions.

6. I have read, acknowledge, and agree to observe and to be bound by the local rules and orders of this Court, including the Rules of Professional Conduct of the Rhode Island Supreme Court, as adopted by this Court as the standard of conduct for all attorneys appearing before it.

7. For purposes of this case I have associated with local counsel identified below, and have read, acknowledge, and will observe the requirements of this Court respecting the participation of local counsel, as set out in LR Gen 204, recognizing that failure to do so may result in my being disqualified, either upon the Court's motion or motion of other parties in the case.

______________________________
Signature of *Pro Hac Vice* Applicant

C. Alexa Abowitz — Print Name

652945 — MA State Bar ID #

CETRULO & CAPONE LLP — Firm Name

Two Seaport Lane, Boston, MA,02210 — Business Address

617-217-5396 — Tel. #

617-217-5200 — Fax #

---

I certify that I have read and join in the foregoing motion, and agree to observe the requirements of LR Gen 204 in its entirety and as it relates to the participation and responsibilities of local counsel.

/s/ Stephen T. Armato
Signature of Local Counsel

Stephen T. Armato — Print Name

6395 — Rhode Island Bar ID#

CETRULO & CAPONE LLP
Firm and Business Address
Two Seaport Lane
Boston, MA 02210

Tel. # 617-217-5252 Fax # 617-217-5200

---

**ORDER**

This motion is hereby ______________________________

______________________________
Judge ______________

Date:

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY THAT ON THE 7TH DAY OF NOVEMBER, 2006, I CAUSED TO BE SERVED A COPY OF THE WITHIN DOCUMENT VIA ELECTRONIC MAIL, UNLESS OTHERWISE INDICATED, TO THE FOLLOWING COUNSEL OF RECORD:

Gerald S. Sack
Law Offices of Gerald S. Sack, LLC
836 Farmington Avenue
West Hartford, CT 06119
(860) 233-8251
gsack@sacklawoffice.com

/s/ Stephen T. Armato
Stephen T. Armato #6395
Cetrulo & Capone LLP
The Heritage Building
321 South Main Street
Providence, RI 02903
Tel: (410) 274-7850
Fax: (410) 274-9670
E-mail: sarmato@cetcap.com