**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| DAVID RUTKOWSKI,<br>Plaintiff | : | |
| VS. | : | NO.: 1:06-CV-00264-T-DLM |
| PROVIDENCE COLLEGE,<br>Defendant. | : | NOVEMBER 14, 2006 |

**PLAINTIFF'S SUPPLEMENT TO PLAINTIFF'S AMENDED MOTION FOR PARTIAL RELIEF FROM REQUIREMENTS OF FED.R.CIV.P. 26(A)(2) AS TO TREATING HEALTH CARE PROVIDERS AND INDEPENDENT MEDICAL EXAMINERS**

The plaintiff seeks to be excused from the following requirements of Rule 26)a)(2):

1) A written report containing a complete statement of all opinions and reasons therefore.

2) A list of exhibits to be used as a summary of or support for the opinions of the witness.

3) The qualifications of the witness, including a list of all publications authored by the witness within the preceding ten years.

4) The compensation to be paid for the study and testimony.

5) A listing of any other cases in which the witness has testified as an expert at trial or by deposition within the preceding four years.

The plaintiff does not seek to be excused from the following requirement of Rule 26(a)(2):

1) Disclosure of the data or other information considered by the witness in forming the opinions.

Plaintiff does not seek relief from any time periods set forth in Rule 26(a)(2).

PLAINTIFF: DAVID RUTKOWSKI

By: /s/ Gerald S. Sack
Gerald S. Sack
Federal Bar #ct05279
Law Offices of Gerald S. Sack, LLC
836 Farmington Avenue
West Hartford, CT 06119
(860)233-8251

**CERTIFICATION**

I hereby certify that on this date a copy of the foregoing Supplement to Plaintiff's Amended Motion for Partial Relief from Requirements of Fed. R. Civ. P. 26(A)(2) as to Treating Health Care Providers and Independent Medical Examiners was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

/s/ Gerald S. Sack
Gerald S. Sack (ct05279)