UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| DAVID RUTKOWSKI,<br>Plaintiff | : | |
| | : | |
| VS. | : | NO.: 1:06-CV-00264-T-DLM |
| | : | |
| PROVIDENCE COLLEGE,<br>Defendant. | : | DECEMBER 7, 2006 |

**DISCLOSURE OF EXPERT**

Pursuant to Rule 26(a)(2), plaintiff, **David Rutkowski**, by and through his undersigned attorney, The Law Offices of Gerald S. Sack, LLC, hereby disclose the following expert from whom they intend to elicit expert testimony during the course of the trial of the above-captioned case.

**1. John P. Fulkerson, M.D.**

a. Orthopedic Associates of Hartford, P.C., 85 Seymour Street, Suite 607, Hartford, CT 06106.

b. Dr. Fulkerson will testify that on September 2, 2003 he evaluated plaintiff for an injury to his right lower extremity. Dr. Fulkerson will testify that clinical examination showed a

clear rupture of the quadriceps tendon with a palpable effect and that surgery was immediately scheduled.

Dr. Fulkerson is further expected to testify that on September 5, 2003 he underwent surgery for a complete rupture of the right quadriceps tendon that was repaired with #5 sutures and three drill holes into the proximal patella. Dr. Fulkerson will further testify that it was a massive injury extending well around medially and laterally and that both the medial and lateral retinaculum were repaired as well. Dr. Fulkerson will testify that on September 16, 2003 he saw the plaintiff for a post-op visit, his sutures were removed and that the knee looked good. He will testify he advised plaintiff to stay in the splint and to return in one month for further follow-up.

Dr. Fulkerson will testify that on September 23, 2003 plaintiff returned with complaints of swelling in his foot. Dr. Fulkerson will testify that he gave plaintiff an ACE wrap as the swelling appeared to be isolated and is typical. He will further testify that he decided to start him on exercises at that time.

Dr. Fulkerson will further testify that on October 14, 2003 he again evaluated plaintiff and that the knee repair looked good. He will testify that at this time he advised plaintiff to work on gentle mobility, some leg lifts to get the quadriceps activated and to continue using the immobilizer for another month. On December 2, 2003, plaintiff returned to Dr. Fulkerson who

will testify that he had a good repair of his quadriceps tendon and that he should return in six months for re-evaluation.

Dr. Fulkerson is expected to testify that on June 15, 2004 plaintiff returned 9 months following the rupture of the right quadriceps muscle and tendon with some residual weakness and occasional "giving way" of the knee. Dr. Fulkerson will further testify that plaintiff's patella tracked centrally and there was minimal crepitus with the menisci and ACL intact. He will testify that plaintiff did have distinct weakness, approximately a 3/5 on the right. Dr. Fulkerson will testify that he advised plaintiff to work on strength and counseled him in detail about a thorough rehabilitation program, including exercise bicycling. Dr. Fulkerson will further testify that plaintiff was advised that he was at risk given the weakness he had.

Dr. Fulkerson will testify that in September 2004 he gave his opinion that that injury sustained by plaintiff was a serious one and that as a result, there was scar and weakness, some of which would likely be permanent. He further will testify that it was also likely that plaintiff would lose some flexion as a result of this scar formation from the repair, and that there was some potential for him to have future problems. Dr. Fulkerson will testify that plaintiff has been left with a permanent partial disability of 7.5% to the right lower extremity.

Dr. Fulkerson will also testify that with reasonable medical probability the accident of August 31, 2003 was a substantial factor in causing the plaintiff's injuries and/or conditions for which he has treated him.

For further details of Dr. Fulkerson's, findings and opinions, see his medical records and reports, previously disclosed.

d. Dr. Fulkerson's opinions will be based upon his education, training and experience together with the results of his examination and treatment of the plaintiff

PLAINTIFF: DAVID RUTKOWSKI

By: /s/ Gerald S. Sack

Gerald S. Sack
Federal Bar #ct05279
Law Offices of Gerald S. Sack, LLC
836 Farmington Avenue
West Hartford, CT 06119
(860)233-8251

**CERTIFICATION**

I hereby certify that on this date a copy of the foregoing Disclosure of Expert was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

/s/ Gerald S. Sack
Gerald S. Sack (ct05279)