**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| DAVID RUTKOWSKI,<br>Plaintiff | : | |
| VS. | : | NO.: 1:06-CV-00264-T-DLM |
| PROVIDENCE COLLEGE,<br>Defendant. | : | JANUARY 24, 2007 |

**Stipulation for Dismissal with Prejudice**

The parties hereby stipulate that this case is dismissed, with prejudice, and without costs or fees to any party.

THE PLAINTIFF:
DAVID RUTKOWSKI

By______________________
Gerald S. Sack (#ct05279)
Law Offices of Gerald S. Sack, LLC
836 Farmington Avenue
West Hartford, CT 06119
(860) 233-8251
gsack@sacklawoffice.com
His Attorney

ENTER ______________________
Ernest C. Torres
Chief, U.S. District Judge

DATE

DEFENDANT:
PROVIDENCE COLLEGE

By______________________
Attorney C. Alexa Abowitz
Stephen T. Armato, Esq.
Certrulo & Capone, LLP
2 Seaport Lane
10th Floor
Boston, MA 02210